1038

[Nos. 34779-2-II; 34788-1-II;    Division Two.    November 20, 2007.]
34795-4-II; 34782-2-II.

THE STATE OF WASHINGTON, *Respondent*, v. D.K.J., *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. J.B.R., *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 05-8-01991-1, Paul M. Boyle, J. Pro Tem., entered April 3, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Penoyar, JJ.

[No. 35054-8-II.    Division Two.    November 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURA S. ARCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-06263-2, Kathryn J. Nelson, J., entered June 30, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 35132-3-II.    Division Two.    November 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. OLIVIA LEANORA LAUIFI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-03148-6, Frederick W. Fleming, J., entered July 21, 2006. *Reversed* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Armstrong, J.